IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-004-03 |
| JESSE BRINTLEY | : | |

## ORDER

AND NOW, this 27th day of November, 2018, after reviewing the submissions by the government and defense counsel it is hereby **ORDERED** that the Defendant's Motion to Dismiss Count One is **DENIED**.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES, II
United States District Court Judge
Eastern District of Pennsylvania