## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-004-03 |
| JESSE BRINTLEY | : | |

**ORDER**

AND NOW, this 27th day of November, 2018, upon consideration of the *Defendant's Motion to Dismiss Count Two of the Indictment*, and the Government's response in opposition thereto, it is hereby

**ORDERED**

that the Motion is **DENIED**.

BY THE COURT:

*/s/ C. Darnell Jones*

HONORABLE C. DARNELL JONES II
United States District Court Judge
Eastern District of Pennsylvania