IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JESSE BRINTLEY | : | No. 18-004 |

## ORDER

AND NOW, this 12th day of July, 2023, upon consideration of Jesse Brintley's Motion for Compassionate Release (Doc. No. 228) and the Government's Response in Opposition (Doc. No. 230), it is hereby **ORDERED** that Mr. Brintley's Motion for Compassionate Release (Doc. No. 228) is **DENIED** for the reasons stated in the accompanying memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE